64991. WIARD v. PHOENIX INSURANCE COMPANY.

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, 251 Ga. 698 (310 SE2d 221) (1983), our decision in 166 Ga. App. 47 (303 SE2d 161) (1983) is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Sognier and Pope, JJ., concur.*

DECIDED JANUARY 11, 1984.

*B. Samuel Engram, Jr.,* for appellant.
*Bryan F. Dorsey,* for appellee.